1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  STEVEN WAYNE BONILLA | No. 2:24-cv-02667-JAM-CSK |
| | No. 2:24-cv-02696-JAM-CSK |
| | No. 2:24-cv-02697-JAM-CSK |
| | No. 2:24-cv-02725-JAM-CSK |
| | No. 2:24-cv-02726-JAM-CSK |
| | No. 2:24-cv-02728-JAM-CSK |
| | No. 2:24-cv-02730-JAM-CSK |
| | No. 2:24-cv-02731-JAM-CSK |
| | No. 2:24-cv-02732-JAM-CSK |
| | No. 2:24-cv-02733-JAM-CSK |
| | |
| | ORDER |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

1

1  litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

2  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

3  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

4  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

5  the Court to open a new case for each attempted new pleading and assign it to the Court for

6  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

7  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

8      The Court has reviewed the complaints/petitions filed in the above-captioned cases and

9  finds they are related to Plaintiff's Alameda County criminal conviction.[1]

10      Accordingly, IT IS HEREBY ORDERED that 2:24-cv-02667, 2:24-cv-02696, 2:24-cv-

11  02697, 2:24-cv-02725, 2:24-cv-02726, 2:24-cv-02728, 2:24-cv-02730, 2:24-cv-02731, 2:24-cv-

12  02732 and 2:24-cv-02733 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE**

13  these cases.  **No further filings will be accepted**.

14

15  Dated: October 18, 2024                    /s/ John A. Mendez

16                                THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24  [1] In the captions of 2:24-cv-02667, 2:24-cv-02696 and 2:24-cv-02697, plaintiff names the Kings
    County Superior Court.  In the captions of 2:24-cv-02725 and 2:24-cv-02726, plaintiff names the
25  Shasta County Superior Court.  In the captions of 2:24-cv-02731, 2:24-cv-02732 and 2:24-cv-
    02733, plaintiff names the Amador County Superior Court.  To the extent plaintiff intended to
26  raise the claims raised in these cases in the United States District Court for the Eastern District of
    California, this Court finds that the claims raised in 2:24-cv-02667, 2:24-cv-02696, 2:24-cv-
27  02697, 2:24-cv-02725, 2:24-cv-02726, 2:24-cv-02731, 2:24-cv-02732 and 2:24-cv-02733 are
    related to Plaintiff's Alameda County criminal conviction.

28